AUWERTER, Appellant, v. COMMON SCHOOL DISTRICT BOARD OF SCHOOL DISTRICT NO. 74, Tripp County, et al, Respondents.

(174 N. W. 786.)

(File No. 5552.   Opinion filed March 18, 1924.)

**Appeal and Error—Briefs—Court Rules—Judgment Affirmed Where Appeal Abandoned by Default in Filing Briefs.**

> Where no brief was filed by appellant within the time as extended for filing appellant's brief, and no other action of any kind was taken in prosecuting appeal or complying with the Supreme Court rules, the appeal will be deemed abandoned, and the judgment appealed from will be affirmed.

Appeal from Circuit Court, Tripp County; HON. JOHN G. BARTINE, Judge.

Action by E. K. Auwerter against the Common School District Board of School Districts No. 74, Tripp County, and others. Judgment for defendants, and plaintiff appeals.   Affirmed.

*M. W. Bauer,* of Colome, and *W. J. Hooper,* of Gregory, for Appellant.

*P. A. Hosford,* of Winner, for Respondents.

PER CURIAM.   The appeal in this action was perfected on the 15th day of October, 1923.   Thereafter, and on the 14th day of December, 1923, a stipulation was entered into by counsel for appellant and respondent extending the time within which appellant might file his brief to the 16th day of January, 1924.   Such brief has not been filed yet, nor has any other action of any kind or character been taken in the prosecution of said appeal, or to comply with the rules of this court within the time therein prescribed.   Therefore, the appeal is deemed to have been abandoned by appellant, and the judgment appealed from is affirmed.

Note.—Reported in 197 N. W. 786.   See, Headnote, American Key-Numbered Digest, Appeal and error, Key-No. 773(4), 3 C. J. Sec. 1607, 4 C. J. Sec. 2437.